## THE COMET NO. 5.

COMET LIGHTERAGE COMPANY v. THE Steam Tug WILLIAM F. MESECK, Meseck Towing & Transportation Company, Claimant-Appellant, and the Steam Tug NEW YORK CENTRAL NO. 27, the New York Central Railroad Company, Claimant-Impleaded-Appellee.

No. 353.

Circuit Court of Appeals, Second Circuit.
May 19, 1930.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for Meseck Towing & Transportation Co., claimant.

Alexander, Ash & Jones, of New York City (Edward Ash and Max Taylor, both of New York City, of counsel), for libelant-appellee.

Bigham, Englar, Jones & Houston, of New York City (Charles W. Hagen, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree affirmed.